MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone:  (510) 523-4702
Facsimile:   (510) 747-1640

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>          Plaintiff,<br><br>    v.<br><br>**SAEID POURABDOLLAH**,<br><br>          Defendant.<br>_____/ | Case No. **C02-04299M**<br><br>**NOTICE OF PLAINTIFF'S WITHDRAWAL OF HEARING ON ORDER FOR JUDGMENT DEBTOR EXAM** |

NOTICE IS HEREBY GIVEN THAT Plaintiff and judgment creditor, United States of America, by and through its attorney of record, hereby withdraws the hearing on its Order for Judgment Debtor Exam that is set for April 26, 2016, at 9:00 A.M., in courtroom E, in the above entitled matter.

Dated: April 18, 2016

/s/
MICHAEL COSENTINO
Attorney for Plaintiff
United States of America

IT IS SO ORDERED

Judge Elizabeth D. Laporte
Date: 4/22/16